ANTOINE JAMES, SBN 295585
HOMELESS ACTION CENTER
2601 San Pablo Ave
Oakland, CA  94612
Phone:  (510) 695-2260 x. 312
Fax:      (510) 540-0403
ajames@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK KINGSFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br><br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 3:23-cv-04094-LJC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGEMENT |

　　　IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file his Motion for Summary Judgment. This is Plaintiff's first request for an extension of time to file his Motion for Summary Judgement.  Counsel for Plaintiff needs additional time to draft the motion due to a family medical issue.  Plaintiff's Motion for Summary Judgment was due on November 6, 2023 pursuant to Civil L.R.16-5.  Plaintiff's Motion for Summary Judgment is now due on December 6, 2023.

/

/

Dated:  November 6, 2023

                                      /s/ *Antoine James*
                                      ANTOINE JAMES
                                      Attorney for Plaintiff

Dated:  November 6, 2023

                                      ISMAIL J. RAMSEY
                                      United States Attorney


                                      /s/ *Erin Highland, per email authorization*
                                      ERIN HIGHLAND
                                      Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 8, 2023

                                      _____
                                      THE HONORABLE LISA J. CISNEROS
                                      United States Magistrate Judge