ANTOINE JAMES, SBN 295585
HOMELESS ACTION CENTER
2601 San Pablo Avenue
Oakland, CA 94612
(510) 695-2260 ex. 312 | (510) 858-7867
ajames@homelessactioncenter.org

Attorney for Plaintiff

PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
MATHEW W. PILE (WSBA 32245)
Associate General Counsel
Office of Program Litigation, Office 7
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2495
erin.highland@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK KINGSFORD,<br><br>       Plaintiff,<br><br>vs.<br><br>LELAND DUDEK,<br><br>Commissioner of Social Security,<br><br>       Defendant, | Case No.: 23-cv-04094-LJC<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES AND COSTS AND ORDER |

     IT IS HEREBY STIPULATED by and between the parties, through their undersigned

counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be

awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR

THOUSAND EIGHT HUNDRED AND SIXTY SEVEN DOLLARS AND NINETY THREE

CENTS. ($4867.93). This amount represents compensation for all legal services). This amount

represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of four thousand eight hundred and sixty seven dollars and ninety three cents ($4867.93) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees and costs to be made directly to Plaintiff's counsel pursuant to the assignment executed by Mr. Kinsford (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: April 22, 2025

ANTOINE JAMES
Attorney for Plaintiff Mark Kingsford

Order re EAJA fees – Case No. 23-cv-04094-LJC

Dated: April 22, 2025

PATRICK D. ROBBINS
Acting United States Attorney


*/s/ Erin Highland*
ERIN HIGHLAND
Special Assistant United States Attorney
*by email authorization
Attorneys for Defendant

<u>ORDER</u>

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees And Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of four thousand eight hundred and sixty seven dollars and ninety three cents ($4867.93), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 22, 2025

_____
HONORABLE LISA J. CISNEROS
United States Magistrate Judge



**homeless**
ACTION CENTER

| West Oakland Office | Berkeley Office | Oakland Office |
|---|---|---|
| 2601 San Pablo Ave | 3126 Shattuck Ave | 1432 Franklin St |
| Oakland CA 94612 | Berkeley CA 94705 | Oakland CA 94612 |
| 510-695-2260 tel | 510-540-0878 tel | 510-836-3260 tel |
| 510-858-7867 fax | 510-540-0403 fax | 510-836-7690 fax |

## FEE AGREEMENT AND ASSIGNMENT OF FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT

I, Mark Kingsford, Social Security number        7417 hereby retain the Homeless Action Center to represent me in federal court review of my SSI/Social Security claim for benefits under the Social Security Act.  I understand that this fee agreement and assignment applies only to work on my behalf in United States District Court.  I understand more than one attorney at the Homeless Action Center may work on my case.

I understand that the Equal Access to Justice Act (5 U.S.C 504) provides for an award of reasonable attorney fees and expenses to eligible prevailing parties.  If federal court review of my case results in a favorable decision to me, either by having my case remanded or by obtaining benefits outright by court order, I understand that my attorney, on behalf of the Homeless Action Center, may apply for statutory fees and expenses under the Equal Access to Justice Act ("EAJA," 5 U.S.C. 504).

I hereby assign any EAJA attorney fees and expenses to the Homeless Action Center, whether or not I ever receive benefits under the Social Security Act.  I agree any EAJA fees and expenses may be paid directly to the Homeless Action Center, and I authorize the Homeless Action Center to endorse my name on any check paying EAJA fees and expenses.

This agreement and assignment only pertains to EAJA fees and expenses for work on my behalf in federal court, and is in addition to the agreement previously signed for representation before the Social Security Administration. This agreement and assignment does not affect the Homeless Action Center's waiver of any non-EAJA fee under sections 206 and 1631(d)(2) of the Social Security Act.

_MKingsford_
Client
_7/25/2023_
Date

_A.S_
Attorney
_7/25/2023_
Date